UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81297-CIV-SINGHAL/REINHART

RUTH C. RIVERA,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE
WASHINGTON D.C., *et al.*,

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on Magistrate Judge Bruce Reinhart's Report and Recommendation on Order to Show Cause (the "**Report and Recommendation**"). (DE [27]). Having determined Plaintiff failed to serve Defendants under Federal Rule of Civil Procedure 4(i) or within the time permitted by Rule 4(m), Magistrate Judge Reinhart ordered Plaintiff to show cause why her claims should not be dismissed without prejudice. *See* (DE [26]). When Plaintiff failed to show cause, Magistrate Judge Reinhart recommended that the Court dismiss this action without prejudice. *See generally* (DE [27]). Plaintiff has not objected.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes; *see also, e.g.*, *Sully v. Scottsdale Ins. Co.*, 2024 WL 1857456, at *8 (S.D. Fla. Apr. 29, 2024) (Altman, J.) (same); *Stephen v. United States*, 2016 WL 9649870, at *1 (S.D. Fla. Mar. 29, 2016) (Cohn, J.) (same). Having reviewed Plaintiff's purported return of service (DE [16]) and Magistrate Judge Reinhart's

Report and Recommendation (DE [27]), the Court agrees that Plaintiff has failed to effect service or properly move for an extension of time. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. The Report and Recommendation (DE [27]) is **ADOPTED**;
2. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**;
3. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all deadlines and hearings, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF